BECK CHEVROLET CO., INC., Appellant, v GENERAL MOTORS LLC, Respondent.

Submitted February 16, 2016; decided February 18, 2016

*See* 787 F3d 663.

Motion by New York State Automobile Dealers Association for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

BECK CHEVROLET CO., INC., Appellant, v GENERAL MOTORS LLC, Respondent.

Submitted February 16, 2016; decided February 18, 2016

*See* 787 F3d 663.

Motion by Alliance of Automobile Manufacturers et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Richard J. Adago et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge FAHEY taking no part.